**No. 09A1133. John McComish, et al., Applicants v. Ken Bennett, Secretary of State of the State of Arizona, et al.**

560 U.S. 938, 130 S. Ct. 3383, 176 L. Ed. 2d 1243, 2010 U.S. LEXIS 4564.

June 1, 2010. Application to vacate the stay presented to Justice Kennedy, and by

him referred to the Court, denied without prejudice to a renewed application if the parties represent that they intend to file a timely petition for a writ of certiorari before this Court. Motion of Buzz Mills for Governor Campaign for leave to file a brief as amicus curiae granted.